In the Matter of the Application of JOSEPH MAHONEY, Respondent, for an Order of Certiorari to Review Certain Acts of Dr. JOHN A. PRITCHARD, as Superintendent of the Buffalo State Hospital, Appellant.— Order of May 27, 1936, affirmed, without costs. Determination of the superintendent confirmed and petition for certiorari dismissed, without costs. Memorandum: While there was a right to review the determination in certiorari, nevertheless we find no substantial error of law or of fact in the record. All concur. (Proceeding in certiorari to review the action of the superintendent of Buffalo State Hospital in discharging petitioner from his position as assistant engineer.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY POSTIGLIONE, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover on a life insurance policy. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. W. N. BRITTON REALTY COMPANY, INCORPORATED, Appellant, and Others, Defendants. (Actions Nos. 4, 13, 19, 20, 27, 28, 29, 30, 31, 35, 37, 40, 41, 46, 49, 51, 53, 61, 62, 67 and 69.) — Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff a judgment of foreclosure in an action on a mortgage. The order grants plaintiff's motion to strike out defendant's amended answer and directs judgment of foreclosure.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.